FILED
February 29, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )  Case No. 2:16MJ00028-KJN-1
         Plaintiff,       )
                          )
v.                        )  ORDER FOR RELEASE OF
                          )  PERSON IN CUSTODY
MICHELE REYES SERRANO,    )
                          )
         Defendant.       )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHELE REYES SERRANO , Case No. 2:16MJ00028-KJN-1 , Charge  18USC § 1344(A); 18USC § 1028(a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

    ✔  Unsecured Appearance Bond $50,000.00

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    ✔  (Other)    Pretrial conditions as stated on the record.

The defendant shall be released to the custody of the Pretrial Services Officer on 3/2/2016 at 9:00 a.m.

Issued at  Sacramento, CA  on  February 29, 2016  at  11:00 am  .

By  /s/ Allison Claire/s/ Allison Claire
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court